

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-86,421-04

**EX PARTE JAMES MICHAEL RESER, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12-0702-K277D IN THE 368TH DISTRICT COURT
### FROM WILLIAMSON COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of aggravated assault and unlawful restraint and sentenced to fifteen and ten years' imprisonment respectively. The Third Court of Appeals affirmed his conviction. *Reser v. State*, No. 03-15-00469-CR (Tex. App.—Austin Oct. 25, 2016)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant filed this application *pro se*, but appears to have been appointed counsel prior to him filing the application. Habeas counsel has filed a motion with the trial court which requests the trial court stay the proceedings so he can consult with Applicant and decide whether to dismiss or amend this application, or possibly withdraw as counsel.

We remand this application to the trial court to determine whether Applicant wants to dismiss this application, supplement it, or proceed to adjudication on its merits. The trial court shall make supplemental findings of fact and conclusions of law as to whether Applicant wishes to withdraw this application, supplement it, or proceed to adjudication on its merits. If Applicant states he wishes to withdraw the application, the trial court shall make findings as to whether it believes he should be allowed to do so under this Court's reasoning in *Ex parte Speckman*, 537 S.W.3d 49 (Tex. Crim. App. 2017).

The trial court shall make findings of fact and conclusions of law within sixty days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 22, 2020
Do not publish